**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7025**

———————————

CARLO NATHAN, JR.,

Plaintiff - Appellant,

versus

RAY KESSLER, Medical Administrator, Office of
Health Services; RONALD ANGELONE, Director,
Virginia Department of Corrections; STEVE
DANEL, MCV Hospital,

Defendants - Appellees,

and

JOHN DOE, Doctor, MCV,

Defendant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, District Judge.
(CA-93-990-2)

———————————

Submitted:  March 21, 1996          Decided:  April 2, 1996

———————————

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

---

Carlo Nathan, Jr., Appellant Pro Se.  Jill Theresa Bowers, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nathan v. Kessler</u>, No. CA-93-990-2 (E.D. Va. June 1 & 16, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>